Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Ruth Shelton-Pryor

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RUTH SHELTON-PRYOR,
                    Plaintiff,

vs.

VALLEJO POLICE OFFICERS WESLEY SIMPSON
#682; DAN ACFALLE # 537; NICKOLAS
SLOAN AND DOES 1-50.

                    Defendants.

Case No.: 2:17-cv-02477-MCE-GGH

ORDER OF DISMISSSAL

        Plaintiff's request for voluntary dismissal of the above-entitled action, made pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A) (i) before any appearance on the part of Defendants

was made, is GRANTED.  The case is dismissed with prejudice in its entirety.  The matter

having now been concluded, the Clerk of Court is directed to close the file.

        IT IS SO ORDERED.

Dated:  January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE